UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
CHANNAH GRUNFELD,                                             :
                                       Plaintiff,             :
                                                              :         20 Civ. 7887 (LGS)
                  -against-                                   :
                                                              :         ORDER
PROFESSIONAL CLAIMS BUREAU, INC.,                             :
                                       Defendant.             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 19, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan ("CMP") (Dkt. 12); it is hereby

**ORDERED** that the November 19, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The CMP will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED** that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or with participation in the District's Mediation Program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances, and that the use of any alternative dispute

resolution mechanism does not stay or modify any date in the CMP.

Dated: November 12, 2020
      New York, New York

                                     **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**

2